UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF
SUNGROVE CO., LTD.

Case No. 22-mc-80036-KAW

**ORDER GRANTING MOTION TO RENEW; DENYING MOTION FOR EXTENSION OF TIME**

Re: Dkt. Nos. 14, 15

On March 9, 2022, the Court denied Applicant Sungrove Co., Ltd.'s ex parte application for an order authorizing discovery for use in a foreign proceeding ("§ 1782 Application"). (Dkt. No. 4.) On April 8, 2022, Applicant filed a motion for reconsideration. (Dkt. No. 5.) On April 14, 2022, the Court denied Applicant's motion for reconsideration, on the ground that Applicant had failed to request leave to file the motion. (Dkt. No. 7.) On May 11, 2022, Applicant filed a motion for reconsideration of the Court's April 14, 2022 denial. (Dkt. No. 9.) On May 13, 2022, Applicant filed an appeal to the Ninth Circuit. (Dkt. No. 10.) In light of the appeal, the Court terminated Applicant's May 11, 2022 motion for reconsideration because the Court lacked jurisdiction over the case due to the appeal. (Dkt. No. 12.)

Applicant subsequently moved to voluntarily dismiss the appeal, which the Ninth Circuit granted. (Dkt. No. 13.) On June 13, 2022, Applicant filed: (1) a motion for an extension of time to file an objection to the Court's March 9, 2022 order for de novo review by the district court, and (2) a motion to renew the May 11, 2022 motion for reconsideration. (Dkt. Nos. 14, 15.)

The Court GRANTS Applicant's motion to renew the May 11, 2022 motion for reconsideration, and GRANTS Applicant's May 11, 2022 motion for reconsideration. The Court will review Applicant's April 8, 2022 motion for reconsideration, and issue a report and

1  recommendation.  Because Applicant will have an opportunity to object to the report and
2  recommendation, the Court DENIES Applicant's motion for an extension of time to file an
3  objection to the Court's March 9, 2022 order.
4      IT IS SO ORDERED.
5  Dated: June 17, 2022

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge