UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SUNGROVE CO., LTD., | Case No. 22-mc-80225-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jacqueline Scott Corley to determine whether it is related to *In re Ex Parte Application of Sungrove Co., Ltd.*, Case No. 22-mc-80036-JSC.

**IT IS SO ORDERED**.

Dated: August 30, 2022



SALLIE KIM
United States Magistrate Judge